CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 3 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ROSALYN RUSSELL, | ) | |
|    Plaintiff, | ) | Civil Action No. 7:12-cv-00594 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| BASKERVILLE, ET AL, | ) | By:   Glen E. Conrad |
|    Defendant(s). | ) | **Chief United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 3rd day of January 3, 2013.

/s/ Glen E. Conrad
Chief United States District Judge